BEFORE THE SECOND DIVISION, AUGUST 24, 1961

No. 65982.—Florea & Co., Inc. *v.* United States, protest 303400–K (New York).

Opinion by FORD, J. In accordance with the stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.